**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>DAVID OSTROV,<br><br>       Defendant. | No. 26-CR-10133-LTS |

**ASSENTED-TO MOTION FOR RULE 11 HEARING**

Defendant, David Ostrov, respectfully moves this Honorable Court to set a Rule 11 hearing in this matter. The government assents. The parties are available on Thursday, July 30, 2026, at a time convenient for the Court.

*Respectfully submitted*,

DAVID OSTROV

*/s/ Ryan M. DiSantis*
Ryan M. DiSantis (BBO# 654513)
Kara C. Kelleher (BBO# 713274)
TROUTMAN PEPPER LOCKE LLP
111 Huntington Avenue
Boston, MA 02199-7613
P. 617.239.0382
ryan.disantis@troutman.com
kara.kelleher@troutman.com

DATED: July 22, 2026

1

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was filed on July 22, 2026, through the Court's ECF system, and will therefore automatically be sent electronically to all Counsel of record as identified on the CM/ECF system.

*/s/ Ryan M. DiSantis*
Ryan M. DiSantis

## RULE 7.1 CERTIFICATE

The undersigned certifies that defense counsel conferred with counsel for the government regarding this motion. Counsel for the government assents to this motion.

*/s/ Ryan M. DiSantis*
Ryan M. DiSantis